**A12CR 105 SS**

| | |
|---|---|
| Sealed | **X** |
| Unsealed | |

Personal Data Sheet    USAO#    **2007R02693**

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

**RELATED CASE** __X__ YES ____ NO     CASE NO. U.S. v. Sami Derder, et al.; U.S. v. Alejandro Melendrez; U.S. v. Mohammed Ali Yassine, Abdul Aziz Alsurami, et al.; U.S. v. Mohammed Ali Yassine, Nizar Hakiki, et al.; and U.S. V. Rommel Gomez

County: **TRAVIS**   **AUSTIN** Division   Judge: _____

Date: **3/20/12**   Mag Ct.# _____   SSN: **Redacted**   FBI#: **Redacted**

Case No.: _____   Assistant U. S. Attorney: **Gregg N. Sofer**

Defendant: **HUSSEIN ALI YASSINE**   Date of Birth: **Redacted**

Address: **Redacted**

Citizenship:   United States ____   Mexican ____   Other **X**

Interpreter Needed:   Yes ____   No **X**   Language **English**

Defense Attorney: _____   Employed _____

Address of Attorney: _____   Appointed _____

Defendant is:   In Jail ____   Where: _____

   On Bond ____   Amt. of Bond ____   Where: _____

Date of Arrest: _____   Bench Warrant Needed _____

Prosecution By:   Information ____   Indictment **X**

Offense (Code & Description):   **Count 1: 18 U.S.C. § 1956(h); Conspiracy to Launder Monetary Instruments; Counts 3-5: 18 U.S.C. § 1956(a)(3)(B), Money Laundering**

Offense Is:   Felony **X**   Misdemeanor ____

Maximum Sentence:   **Count 1: Maximum 20 years imprisonment, Maximum $250,000 fine, Maximum 5 years supervised release; $100 mandatory special assessment; Counts 3-5: Maximum 20 years imprisonment, Maximum $250,000 fine, Maximum 5 years supervised release, $100 mandatory special assessment**

Penalty is Mandatory:   As to Special Assessment   Yes **X**   No ____

Remarks: **Case Agent: Redacted**

**A12CR 105 SS**

Sealed          X

Unsealed    _____                    Personal Data Sheet         USAO#    **2007R02693**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

**RELATED CASE    X   YES    ___ NO**     CASE NO. <u>U.S. v. Sami Derder, et al.; U.S. v.</u>
<u>Alejandro Melendrez; U.S. v. Mohammed Ali</u>
<u>Yassine, Abdul Aziz Alsurami, et al.; U.S. v.</u>
<u>Mohammed Ali Yassine, Nizar Hakiki, et al.;</u>
<u>and U.S. V. Rommel Gomez</u>

County:   **TRAVIS**          **AUSTIN**       Division        Judge: _____

Date:   **3/20/12**     Mag Ct.# _____       SSN:  **Redacted**      FBI#:  **Redacted**

Case No.: _____                   Assistant U. S. Attorney:  **Gregg N. Sofer**

Defendant:  **MARISSE MARTHE RUALES**        Date of Birth:  **Redacted**

Address:  **Redacted**

Citizenship:         United States   **X**       Mexican _____     Other _____

Interpreter Needed:   Yes _____   No  **X**       Language  **English**

Defense Attorney: _____                     Employed _____

Address of Attorney: _____                              Appointed _____

Defendant is:       In Jail _____   Where: _____

                    On Bond _____   Amt. of Bond _____   Where: _____

Date of Arrest: _____                       Bench Warrant Needed _____

Prosecution By:                      Information _____     Indictment   **X**

Offense (Code & Description):   **Count 1: 18 U.S.C. § 1956(h); Conspiracy to Launder Monetary Instruments; Counts 2-5: 18 U.S.C. § 1956(a)(3)(B), Money Laundering**

Offense Is:               Felony   **X**        Misdemeanor _____

Maximum Sentence:   **Count 1: Maximum 20 years imprisonment, Maximum $250,000 fine, Maximum 5 years supervised release; $100 mandatory special assessment; Counts 2-5: Maximum 20 years imprisonment, Maximum $250,000 fine, Maximum 5 years supervised release, $100 mandatory special assessment**

Penalty is Mandatory:    As to Special Assessment       Yes  **X**      No _____

Remarks:  **Case Agent: Redacted**

**A12CR 105 SS**

Sealed      X

Unsealed _____

Personal Data Sheet     USAO#   **2007R02693**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

**RELATED CASE__X_ YES ____NO**     CASE NO. **U.S. v. Sami Derder, et al.; U.S. v. Alejandro Melendrez; U.S. v. Mohammed Ali Yassine, Abdul Aziz Alsurami, et al.; U.S. v. Mohammed Ali Yassine, Nizar Hakiki, et al.; and U.S. V. Rommel Gomez**

County: **TRAVIS**     **AUSTIN** Division     Judge: _____

Date: **3/20/12**     Mag Ct.# _____     SSN: **Redacted**     FBI#: **Redacted**

Case No.: _____     Assistant U. S. Attorney: **Gregg N. Sofer**

Defendant: **HADI ALI YASSINE**     Date of Birth: **Redacted**

Address: **Redacted**

Citizenship:     United States _____     Mexican _____     Other **X**

Interpreter Needed:     Yes _____     No **X**     Language **English**

Defense Attorney: _____     Employed _____

Address of Attorney: _____     Appointed _____

Defendant is:     In Jail _____     Where: _____

                    On Bond _____     Amt. of Bond _____     Where: _____

Date of Arrest: _____     Bench Warrant Needed _____

Prosecution By:     Information _____     Indictment **X**

Offense (Code & Description):     **Count 1: 18 U.S.C. § 1956(h); Conspiracy to Launder Monetary Instruments; Counts 3-4: 18 U.S.C. § 1956(a)(3)(B), Money Laundering**

Offense Is:     Felony **X**     Misdemeanor _____

Maximum Sentence:     **Count 1: Maximum 20 years imprisonment, Maximum $250,000 fine, Maximum 5 years supervised release; $100 mandatory special assessment; Counts 3-4: Maximum 20 years imprisonment, Maximum $250,000 fine, Maximum 5 years supervised release, $100 mandatory special assessment**

Penalty is Mandatory:     As to Special Assessment     Yes **X**     No _____

Remarks:     **Case Agent: Redacted**

Sealed __X__

Unsealed _____

**A12CR 105 SS**

Personal Data Sheet      USAO#  **2007R02693**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

**RELATED CASE** __X__ YES ____ NO      CASE NO. U.S. v. Sami Derder, et al.; U.S. v. Alejandro Melendrez; U.S. v. Mohammed Ali Yassine, Abdul Aziz Alsurami, et al.; U.S. v. Mohammed Ali Yassine, Nizar Hakiki, et al.; and U.S. V. Rommel Gomez

County: **TRAVIS**      **AUSTIN** Division      Judge: _____

Date: 3/20/12      Mag Ct.# _____      SSN: **Redacted**      FBI#: **Redacted**

Case No.: _____      Assistant U. S. Attorney: **Gregg N. Sofer**

Defendant: **MOHAMMED ALI YASSINE**      Date of Birth: **Redacted**

Address: **Redacted**

Citizenship:      United States _____      Mexican _____      Other __X__

Interpreter Needed:      Yes _____      No __X__      Language **English**

Defense Attorney: _____      Employed _____

Address of Attorney: _____      Appointed _____

Defendant is:      In Jail _____      Where: _____

On Bond _____      Amt. of Bond _____      Where: _____

Date of Arrest: _____      Bench Warrant Needed _____

Prosecution By:      Information _____      Indictment __X__

Offense (Code & Description):      **Counts 2-5: 18 U.S.C. § 1956(a)(3)(B), Money Laundering**

Offense Is:      Felony __X__      Misdemeanor _____

Maximum Sentence:   **Count 2: Maximum 20 years imprisonment, Maximum $250,000 fine, Maximum 5 years supervised release, $100 mandatory special assessment**

Penalty is Mandatory:      As to Special Assessment      Yes __X__      No _____

Remarks:      **Case Agent: Redacted**