IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2012 JUN -1 PM 3: 14
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

UNITED STATES OF AMERICA

-vs-

CAUSE NO. A-12-CR-105 (4)-SS

MOHAMMED ALI YASSINE (4)

## ORDER

BE IT REMEMBERED on this day the Court held a status conference in the above-styled cause. Being apprised of the vast quantity of discovery materials, and the difficulties Defendant's counsel has had reviewing these materials with Defendant in order to prepare an effective Defense, the Court finds special procedures are warranted to enable Defendant and counsel to confer and review the materials. Having no objection from the United States of America to such procedures, if used in conjunction with the protective order in this case, the Court orders as follows:

IT IS ORDERED that Defendant and counsel will be permitted to confer and prepare for trial, including review of discovery material contained on CDs, at a secure room in the Courthouse, or at the multi-purpose room at the Bastrop County Jail, pending approval of use of that room by Bastrop County officials, and the U.S. Marshals. Only one defendant at a time will be permitted to conduct such a review session, and the review sessions will occur up to three days each week, as approved by the U.S. Marshal;

IT IS FURTHER ORDERED that the U.S. Marshal shall coordinate with Defendant's counsel, and the counsel of the other Defendants covered by similar orders, and shall in his discretion determine the dates and times for each Defendant and respective

counsel to conduct review sessions;

IT IS FURTHER ORDERED that the U.S. Marshal shall make all necessary arrangements, including secure transportation of Defendant from the Bastrop County Jail to the Courthouse, to enable the review sessions;

IT IS FURTHER ORDERED that Defendant's counsel shall provide a computer for each session, and the computer must have no capacity to access the internet, or any such capacity must be fully disabled during the review session; if the Court learns that a computer with active internet access has been used during a review session, the Court will cancel all such sessions, for all Defendants;

IT IS FURTHER ORDERED that Defendant's counsel, as an officer of this Court, shall be responsible for ensuring Defendant at no time has access to a computer with an active internet connection;

IT IS FURTHER ORDERED that both Defendant's counsel, and the U.S. Marshal, shall be jointly responsible for ensuring that no discovery materials are left in a jail or prison, or in the unsupervised custody of Defendant, or otherwise made available to any third parties, and, notwithstanding this order, the Court's previous protective order in this case remains in full effect;

IT IS FINALLY ORDERED that any modification of the procedures announced in this order or the protective order must be approved by the U.S. Marshal.

SIGNED this the _12_ day of June 2012.

                                                  */s/ Sam Sparks*
                                                  SAM SPARKS
                                                  UNITED STATES DISTRICT JUDGE